# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSEPH HENRY** | § | **PETITIONER** |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:09CV149-LG-RHW** |
| | § | |
| **ED HARGETT** | § | **RESPONDENT** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [13] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [13] entered by United States Magistrate Judge Robert H. Walker on September 23, 2009, is **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Ed Hargett's Motion to Dismiss [7] is **GRANTED**. Joseph Henry's Petition is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 7th day of October, 2009.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE